UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
**JOHN DOE,**

        **Plaintiff,**

 -against-

**COLUMBIA UNIVERSITY,**

        **Defendant.**
------------------------------------------------------X

**Civil Action No:**

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Plaintiff hereby applies to the Court for an e*x parte* order: (i) authorizing Plaintiff to file the Complaint, summons, and civil cover sheet in this action using the pseudonym "John Doe," and to file all other papers in this action under the name John Doe, and to identify other non-parties by pseudonym; and (ii) prohibiting Defendants from publicly identifying Plaintiff, in court filings or otherwise.

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiff shall rely upon the accompanying Complaint and Memorandum of Law in support of the Motion. Plaintiff also submits a proposed form of Order with this Motion.

**Dated:** New York, New York
      April 16, 2024

      **NESENOFF & MILTENBERG, LLP**
      *Attorneys for Plaintiff John Doe*

      By: /s/ *Andrew T. Miltenberg*
       Andrew T. Miltenberg, Esq.
       Stuart Bernstein, Esq.
       Kristen Mohr, Esq.
       363 Seventh Avenue, Fifth Floor
       New York, New York 10001
       (212) 736-4500
       amiltenberg@nmllplaw.com
       sbernstein@nmllplaw.com
       kmohr@nmllplaw.com