UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOHN DOE,

                Plaintiff,

  -against-

COLUMBIA UNIVERSITY,

                Defendant.
-------------------------------------------------------X

Civil Action No:

ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER

      Upon Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym and for Protective Order, and upon review of the Complaint and Memorandum of Law in Support of Motion, it is hereby

      **ORDERED** that Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym is **GRANTED**, and it is

      **FURTHER ORDERED**, that the Plaintiff's Motion for a Protective Order prohibiting Defendants from publicly identifying Plaintiff, in court filings or otherwise, is **GRANTED.**

Dated: _____, 2024

                                                            _____
                                                            **United States District Judge**