UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN DOE,                                              :

                     Plaintiff,         :        **NOTICE OF APPEARANCE**

   -against-                                              :        **24-CV-02870**

COLUMBIA UNIVERSITY,                          :

                  Defendant.        :

------------------------------------------------------------------X

      **PLEASE TAKE NOTICE THAT** Jeffrey Lichtman, Esq., Law Offices of Jeffrey Lichtman, 441 Lexington Avenue, Suite 504, New York, New York 10017, appears on behalf of plaintiff JOHN DOE in the above-captioned case.

Dated:     New York, New York
             April 17, 2024

                                                                      **JEFFREY LICHTMAN, ESQ.**
                                                                       LAW OFFICES OF JEFFREY LICHTMAN
                                                                       441 LEXINGTON AVE, SUITE 504
                                                                       NEW YORK, NEW YORK 10017
                                                                       Ph: (212) 581-1001
                                                                       Fx: (212) 581-4999
                                                                       jhl@jeffreylichtman.com