UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOHN DOE, :
:
:
Plaintiff, :
: 24-CV-2870 (JMF)
-v- :
: ORDER
:
COLUMBIA UNIVERSITY, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On April 16, 2024, Plaintiff in this case filed a motion seeking an order (1) authorizing him to file the Complaint, summons, and civil cover sheet in this action using the pseudonym "John Doe," and to file all other papers in this action under the name John Doe, and to identify other non-parties by pseudonym; and (2) prohibiting Defendants from publicly identifying Plaintiff, in court filings or otherwise.

    That motion is DENIED as to non-parties, albeit without prejudice to a future application in the event that either party believes that there is a need or basis to prevent disclosure of the identity of any specific non-party. The motion is otherwise GRANTED, but only temporarily. Defendant — and any non-party who seeks, and is granted, leave to intervene for purposes of being heard on the issue — shall file any opposition to the motion **within two weeks of Defendant's entering a notice of appearance**; any reply shall be filed within **one week of any opposition**. In the meantime, the Court reserves judgment on whether to grant the motion on a more permanent basis.

    Finally, to ensure that the Court has no conflicts that would require recusal, Plaintiff shall promptly file, under seal, a declaration disclosing his identity to the Court.

    The Clerk of Court is directed to issue a summons and to terminate ECF No. 4.

    SO ORDERED.

Dated: April 22, 2024               _____
      New York, New York           JESSE M. FURMAN
                                       United States District Judge