**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0883
DIRECT EMAIL   rkaplan@kaplanhecker.com

June 11, 2024

**BY CM/ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, NY 10007

Re:   *John Doe v. Columbia University*, No. 1:24-cv-02870 (JMF) (S.D.N.Y)

Dear Judge Furman:

In light of the fact that the parties have been making progress on resolving this matter, we write to jointly request that Defendant's time to answer or respond to the Complaint be adjourned from June 17 to July 17, 2024. *See* ECF 17. We further request that the parties' next scheduled appearance before the Court, the Initial Pretrial Conference scheduled for June 27, 2024, along with the associated filing of a joint letter and proposed Civil Case Management Plan and Scheduling Order, *see* ECF 10, be adjourned to a later date as well based, of course, on availability on Your Honor's calendar.

This is the first request for an adjournment in this case and there are no other deadlines in this matter other than those referenced above.

Respectfully submitted,

Roberta A. Kaplan

cc:   Counsel for Plaintiff

Application GRANTED.  The initial pretrial conference scheduled for June 27, 2024 is hereby ADJOURNED to **July 25, 2024** at **9:00 a.m**.  The Clerk of Court is directed to terminate ECF No. 22.

SO ORDERED.

June 14, 2024