# Hecker Fink LLP

350 FIFTH AVENUE | 63ᴿᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL        929.294.2536
DIRECT EMAIL       gtenzer@heckerfink.com

July 30, 2024

**BY CM/ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, NY 10007

     *Re:*    *John Doe v. Columbia University*, No. 1:24-cv-02870 (JMF) (S.D.N.Y.)

Dear Judge Furman:

We write on behalf of the parties in the above-captioned action to inform the Court that the parties have reached a resolution of this matter, subject to the finalization and execution of an agreement. Accordingly, pursuant to Paragraph 2.D of Your Honor's Individual Rules and Practices in Civil Cases, the parties respectfully request an adjournment of all deadlines and upcoming appearances in this action *sine die*, pending the filing of a stipulation of dismissal.

Currently, Defendant's response to the complaint is due on July 31, 2024; an Initial Pretrial Conference is scheduled for August 8, 2024; and the associated joint letter and proposed Civil Case Management Plan and Scheduling Order are due on August 1, 2024. *See* ECF 26, 27.

This is the third request for an adjournment in this case; the Court granted both of the parties' previous requests. *See* ECF 23, 26. There are no other deadlines or upcoming appearances in this matter other than those referenced above.

     Respectfully submitted,

Gabrielle E. Tenzer

cc:    All Counsel of Record